IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-70608-JAD |
| **Lori A. Lorenzi,** | : | Chapter 7 |
| Debtor | : | |
| | : | Related to Document No. 10 |
| **Lori A. Lorenzi,** | : | |
| Movant | : | |
| vs. | : | |
| Eric E. Bononi, **Esquire,** Chapter 7 Trustee, Respondent | : | |

## ORDER

**AND NOW**, on this ___17th___ day of ___December___, 2020, upon consideration of the Motion of the above reference Debtor(s), praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file her Completed Schedules, Pay Advices and Declaration Regarding Electronic Filing be hereby extended to and including December 28, 2020.

BY THE COURT:

_____ sjk
Hon. Jeffery A. Deller
United States Bankruptcy Judge

FILED
12/17/20 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70608-JAD |
| Lori A Lorenzi | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dpas | Page 1 of 1 |
| Date Rcvd: Dec 17, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

**Recip ID        Recipient Name and Address**
db              + Lori A Lorenzi, 718 Penrod St, Johnstown, PA 15902-3330

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2020             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

**Name**                                **Email Address**

Brian Nicholas
    on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com

Daniel Philip Jones
    on behalf of Creditor Nations Lending Corporation djones@sterneisenberg.com bkecf@sterneisenberg.com

Eric E. Bononi
    bankruptcy@bononilaw.com pa69@ecfcbis.com

Lawrence W. Willis
    on behalf of Debtor Lori A Lorenzi ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 5