## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-70608-JAD |
| | : | |
| Lori Lorenzi | : | Chapter 7 |
| Debtor | : | |
| | : | |
| Lori Lorenzi | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Lori Lorenzi** hereby state as follows:

1. I have just started a job with Spherion, and I will earn gross wages $2,530.67 per month.

2. Prior to this I worked for Laurelwood Center and I earned total wages of $1,752.00.

3. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: December 23, 2020                                    /s/ **Lori Lorenzi**
                                                                          **Lori Lorenzi**
                                                                          Debtor

**Ruggieri Enterprises, LLC**
d/b/a Spherion
5 Corporate Drive
Bedford, PA 15522-7982
814-623-6360



M&T Bank
60-295
313

0000-1

Date 12/11/2020

# Deposit Advice
# Do Not Cash

PAY THE SUM OF EXACTLY ZERO AND XX / 100 DOLLARS

Amount $0.00

PAY TO THE ORDER OF

LORENZI, LORI A
718 PENROD STREET
JOHNSTOWN, PA 15902

*John F. Ruggery*

NOT VALID AFTER 90 DAYS

---

LORENZI, LORI A     MUR82A   XXX-XX-5824              Check #:  -1        12/11/2020

Period: 11/30/2020 to 12/06/2020

| | CUR---Hours---YTD | | CUR---Pay---YTD | | | Other Pay, Additions and Deductions Analysis | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CUR | YTD | CUR | YTD |
| Regular | 32.00 | 32.00 | 416.00 | 416.00 | | | | | | |
| | | | 0.00 | 0.00 | | | | | | |
| | | | 0.00 | 0.00 | | | | | | |
| Total Hourly | 32.00 | 32.00 | 416.00 | 416.00 | Checking | (348.25) | (348.25) | | | |
| Other Pay* | | | 0.00 | 0.00 | | | | PAUC W/H | (0.25) | (0.25) |
| Gross Pay | | | 416.00 | 416.00 | | | | | | |
| Other Adds and Deds | | | (349.50) | (349.50) | | | | | | |
| Total Taxes | | | (66.50) | (66.50) | | | | | | |
| Net Pay | | | 0.00 | 0.00 | LST Tax | (1.00) | (1.00) | | | |
| **Tax Analysis** | | | Current | YTD | | | | | | |
| Federal | | | ($17.75) | (17.75) | | | | Total Adds and Deds | (349.50) | (349.50) |
| State | | | ($12.77) | (12.77) | | | | | | |
| Social Security | | | ($25.79) | (25.79) | | | | | | |
| Medicare | | | ($6.03) | (6.03) | | | | | | |
| Local | | | ($4.16) | ($4.16) | | | | | | |
| Total Taxes | | | (66.50) | (66.50) | | | | | | |

Cust: NORSE 32 Reg at 13.00

---

*I just started this job. I will get another pay this Friday. I get paid weekly.*