| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lori A Lorenzi** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–5824** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter **7   12/4/20** |
| Case number: | **20–70608–JAD** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lori A Lorenzi | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 718 Penrod St <br> Johnstown, PA 15902 | |
| 4. | **Debtor's attorney** <br> Name and address | Lawrence W. Willis <br> Willis & Associates <br> 201 Penn Center Blvd <br> Suite 310 <br> Pittsburgh, PA 15235 | Contact phone 412–235–1721 <br><br> Email:  ecf@westernpabankruptcy.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Eric E. Bononi <br> 20 North Pennsylvania Avenue <br> Greensburg, PA 15601 | Contact phone 724–832–2499 <br><br> Email:  bankruptcy@bononilaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 12/28/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 27, 2021 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/28/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lori A Lorenzi**
   Debtor(s)

Bankruptcy Case No.: 20−70608−JAD
Chapter: 7

Whereas, Federal Rule of Bankruptcy Procedure 1007(c) requires an individual Debtor(s) to file a statement regarding completion of a course in personal financial management within 60 days after the first date set for the meeting of creditors under §341 of the Bankruptcy Code in a Chapter 7 case and,

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the Debtor(s) completes an instructional course concerning personal financial management after filing the petition,

It is hereby ordered that this case shall be closed without entry of a discharge on the 75th day after the first date set for the meeting of creditors unless, within the 60 days after the first date set for the meeting of creditors, the Debtor(s) files a certification that the course in personal financial management described in 11 U.S.C. § 111 was completed. The certification must substantially conform to Official Form No. 423, Certification of Completion of Instructional Course Concerning Personal Financial Management. The Court may delay closing this case without further order or notice.

It is further ordered that a Debtor(s) who cannot meet the requirement of attending the personal financial management course due to incapacity, disability or active military duty in a military combat zone must file a motion with the court to be excused from attending the course within 60 days after first date set for the meeting of creditors. The case shall be closed without entry of a discharge if the Debtor(s) fails to timely file the motion.

Dated: December 28, 2020

Jeffery A. Deller
United States Bankruptcy Judge

## REMINDER TO COUNSEL

Before filing: Generally, a person is ineligible to be a Debtor unless he/she has taken a credit counseling course within 180 days before filing a petition, and files the certificate. 11 U.S.C. Section 109(h)(1).

After filing: A Chapter 7 Debtor is ineligible for a discharge if he/she has not, within 60 days after the first date fixed for the 341 meeting, filed the certificate of having taken the personal financial management course (Official Form 423). 11 U.S.C. Section 727(a)(11) and Rule 1007(b)(7).

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70608-JAD |
| Lori A Lorenzi | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dpas | Page 1 of 3 |
| Date Rcvd: Dec 28, 2020 | Form ID: 309A | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori A Lorenzi, 718 Penrod St, Johnstown, PA 15902-3330 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Daniel Philip Jones, c/o Stern & Eisenberg, P.C., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Nations Lending Corporation, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15324531 | + | Apothaker Scian PC, 520 Fellowship Road, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15318315 | + | Johnstown Credit Burea, 227 Franklin St, Johnstown, PA 15901-1916 |
| 15318317 | + | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 15318319 | + | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15318322 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, 7676 Hazard Center Dr, San Diego, CA 92108 |
| 15318324 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |
| 15318325 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15324558 | + | Weltman Weinberg & Reis, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@westernpabankruptcy.com | Dec 29 2020 03:33:00 | Lawrence W. Willis, Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh, PA 15235 |
| tr | + | EDI: BEEBONONI.COM | Dec 29 2020 05:33:00 | Eric E. Bononi, 20 North Pennsylvania Avenue, Greensburg, PA 15601-2337 |
| smg | | EDI: PENNDEPTREV | Dec 29 2020 05:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2020 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 29 2020 05:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2020 03:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Dec 29 2020 03:34:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: PRA.COM | Dec 29 2020 05:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15318304 | + | EDI: AMEREXPR.COM | Dec 29 2020 05:33:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |

| District/off: 0315-7 | User: dpas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: 309A | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15324532 | + | EDI: CAPITALONE.COM | Dec 29 2020 05:33:00 | Cabelas, 1 Cabela Drive, Sidney, NE 69160-0001 |
| 15318305 | + | Email/Text: bankruptcy@cavps.com | Dec 29 2020 03:35:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 15318306 | + | EDI: WFNNB.COM | Dec 29 2020 05:33:00 | Cb/vicscrt, Po Box 182789, Columbus, OH 43218-2789 |
| 15324535 | + | EDI: WFNNB.COM | Dec 29 2020 05:33:00 | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 15318307 | + | EDI: WFNNB.COM | Dec 29 2020 05:33:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 15318308 | + | EDI: WFNNB.COM | Dec 29 2020 05:33:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15318309 | + | EDI: WFNNB.COM | Dec 29 2020 05:33:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15318310 | + | EDI: WFNNB.COM | Dec 29 2020 05:33:00 | Comenitycb/zales, Po Box 182120, Columbus, OH 43218-2120 |
| 15318318 | | EDI: CITICORP.COM | Dec 29 2020 05:33:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15318311 | + | EDI: DISCOVER.COM | Dec 29 2020 05:33:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15318312 | + | Email/Text: bknotice@ercbpo.com | Dec 29 2020 03:35:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15318313 | + | Email/Text: bankruptcynotice@fcbanking.com | Dec 29 2020 03:34:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15324543 | + | Email/Text: bankruptcynotice@fcbanking.com | Dec 29 2020 03:34:00 | First commonwealth bank, 600 Philadelphia Street, Indiana, PA 15701-3904 |
| 15318314 | + | EDI: IIC9.COM | Dec 29 2020 05:33:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15318316 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 29 2020 03:34:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15318317 | + | EDI: LENDNGCLUB | Dec 29 2020 05:33:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 15318320 | + | EDI: AGFINANCE.COM | Dec 29 2020 05:33:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15318321 | + | EDI: PRA.COM | Dec 29 2020 05:33:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15324552 | | EDI: NEXTEL.COM | Dec 29 2020 05:33:00 | Sprint, PO Box 7949, Overland Park, KS 66207 |
| 15324553 | + | EDI: RMSC.COM | Dec 29 2020 05:33:00 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 15318347 | + | EDI: RMSC.COM | Dec 29 2020 05:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15318323 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 29 2020 03:35:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DLJ Mortgage Capital, Inc. |

| District/off: 0315-7 | User: dpas | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: 309A | Total Noticed: 40 |

| | | |
|---|---|---|
| 15324530 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15324533 | *+ | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 15324534 | *+ | Cb/vicscrt, Po Box 182789, Columbus, OH 43218-2789 |
| 15324536 | *+ | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 15324537 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15324538 | *+ | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15324539 | *+ | Comenitycb/zales, Po Box 182120, Columbus, OH 43218-2120 |
| 15324548 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15324540 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15324541 | *+ | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15324542 | *+ | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15324544 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15324545 | *+ | Johnstown Credit Burea, 227 Franklin St, Johnstown, PA 15901-1916 |
| 15324546 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15324547 | *+ | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 15324549 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15324550 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15324551 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15324554 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, 7676 Hazard Center Dr, San Diego, CA 92108 |
| 15324555 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15324556 | *+ | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |
| 15324557 | * | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 30, 2020           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Nations Lending Corporation djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Eric E. Bononi | bankruptcy@bononilaw.com  pa69@ecfcbis.com |
| Lawrence W. Willis | on behalf of Debtor Lori A Lorenzi ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5