| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Lori A Lorenzi** | Social Security number or ITIN   xxx–xx–5824 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   20–70608–JAD | | |

# Order of Discharge                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Lori A Lorenzi


   3/31/21                                                                 **By the court:**   <u>Jeffery A. Deller</u>
                                                                                                     United States Bankruptcy Judge


**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70608-JAD |
| Lori A Lorenzi | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 31, 2021 | Form ID: 318 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori A Lorenzi, 718 Penrod St, Johnstown, PA 15902-3330 |
| cr | + | Nations Lending Corporation, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15324531 | + | Apothaker Scian PC, 520 Fellowship Road, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15318315 | + | Johnstown Credit Burea, 227 Franklin St, Johnstown, PA 15901-1916 |
| 15318319 | + | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15318322 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, 7676 Hazard Center Dr, San Diego, CA 92108 |
| 15318324 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |
| 15318325 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15324558 | + | Weltman Weinberg & Reis, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 01 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 01 2021 05:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 01 2021 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 01 2021 05:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Apr 01 2021 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15318304 | + | EDI: AMEREXPR.COM | Apr 01 2021 03:18:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15324532 | + | EDI: CAPITALONE.COM | Apr 01 2021 03:18:00 | Cabelas, 1 Cabela Drive, Sidney, NE 69160-0001 |
| 15318305 | + | Email/Text: bankruptcy@cavps.com | Apr 01 2021 05:30:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 15318306 | + | EDI: WFNNB.COM | Apr 01 2021 03:18:00 | Cb/vicscrt, Po Box 182789, Columbus, OH 43218-2789 |
| 15324535 | + | EDI: WFNNB.COM | Apr 01 2021 03:18:00 | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 15318307 | + | EDI: WFNNB.COM | Apr 01 2021 03:18:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |

Case 20-70608-JAD    Doc 22    Filed 04/02/21    Entered 04/03/21 00:44:32    Desc Imaged
                         Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2021 | Form ID: 318 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15318308 | + | EDI: WFNNB.COM | Apr 01 2021 03:18:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15318309 | + | EDI: WFNNB.COM | Apr 01 2021 03:18:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15318310 | + | EDI: WFNNB.COM | Apr 01 2021 03:18:00 | Comenitycb/zales, Po Box 182120, Columbus, OH 43218-2120 |
| 15318318 | | EDI: CITICORP.COM | Apr 01 2021 03:18:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15318311 | + | EDI: DISCOVER.COM | Apr 01 2021 03:08:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15318312 | + | Email/Text: bknotice@ercbpo.com | Apr 01 2021 05:29:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15318313 | + | Email/Text: bankruptcynotice@fcbanking.com | Apr 01 2021 05:28:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15324543 | + | Email/Text: bankruptcynotice@fcbanking.com | Apr 01 2021 05:28:00 | First commonwealth bank, 600 Philadelphia Street, Indiana, PA 15701-3904 |
| 15318314 | + | EDI: IIC9.COM | Apr 01 2021 03:18:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15318316 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 01 2021 05:28:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15318317 | + | EDI: LENDNGCLUB | Apr 01 2021 03:08:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 15318320 | + | EDI: AGFINANCE.COM | Apr 01 2021 03:08:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15318321 | + | EDI: PRA.COM | Apr 01 2021 03:18:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15324552 | | EDI: AISSPRINT | Apr 01 2021 03:08:00 | Sprint, PO Box 7949, Overland Park, KS 66207 |
| 15324553 | + | EDI: RMSC.COM | Apr 01 2021 03:08:00 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 15318347 | + | EDI: RMSC.COM | Apr 01 2021 03:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15318323 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 01 2021 05:30:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DLJ Mortgage Capital, Inc. |
| 15324530 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15324533 | *+ | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 15324534 | *+ | Cb/vicscrt, Po Box 182789, Columbus, OH 43218-2789 |
| 15324536 | *+ | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 15324537 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15324538 | *+ | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15324539 | *+ | Comenitycb/zales, Po Box 182120, Columbus, OH 43218-2120 |
| 15324548 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15324540 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15324541 | *+ | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15324542 | *+ | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |

Case 20-70608-JAD    Doc 22    Filed 04/02/21    Entered 04/03/21 00:44:32    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-7 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2021 | Form ID: 318 | Total Noticed: 35 |

| | | | |
|---|---|---|---|
| 15324544 | *+ | | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15324545 | *+ | | Johnstown Credit Burea, 227 Franklin St, Johnstown, PA 15901-1916 |
| 15324546 | *+ | | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15324547 | *+ | | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 15324549 | *+ | | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15324550 | *+ | | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15324551 | *+ | | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15324554 | *P++ | | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, 7676 Hazard Center Dr, San Diego, CA 92108 |
| 15324555 | *+ | | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15324556 | *+ | | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |
| 15324557 | * | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Nations Lending Corporation djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Lawrence W. Willis | on behalf of Debtor Lori A Lorenzi ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5